GEORGE A. DIACK and Others, Appellants, *v.* THE CITY OF NEW YORK, Respondent.

Second Department, April 11, 1919.

Ejectment — action does not lie where realty affected by prior proceedings in eminent domain — collateral attack upon judgment.

An action of ejectment does not lie where the realty of the plaintiffs is directly affected by two proceedings in eminent domain under which a municipality has condemned the perpetual underground easement and the fee simple absolute free from all liens and incumbrances, as said action would constitute a collateral attack upon a judgment.

APPEAL by the plaintiffs, George A. Diack and others, from a judgment of the Supreme Court in favor of the defendant, entered in the office of the clerk of the county of Kings on the 20th day of May, 1916, upon a dismissal of the complaint on the merits by direction of the court at the close of the case.

*William H. Good,* for the appellant.

*Charles J. Nehrbas William P. Burr, Corporation Counsel,* with him on the br ef], for the respondent.

JENKS, P. J.:

The action is ejectment. The realty of the plaintiffs was directly affected by two proceedings in eminent domain. *First,* the city condemned the perpetual underground easement, and *second,* the fee simple absolute, free from all liens and incumbrances. The second proceeding was affirmed by us in *Matter of Public Service Commission* (167 App. Div. 908), and by the Court of Appeals in 217 New York, 61.

I am of opinion that the action of ejectment does not lie, in that it is a collateral attack upon a judgment. (*Chesapeake & Western R. Co.* v. *Washington, Cincinnati & St. Louis Ry. Co.,* 99 Va. 715; *Dolan* v. *Mayor, etc.,* 62 N. Y. 472; *Secombe* v. *Railroad Co.,* 90 U. S. [23 Wall.] 108; *Robert* v. *Supervisors of Kings,* 3 App. Div. 366; affd., 158 N. Y. 673; *Mayer* v. *Mayor, etc.,* 101 id. 284; *Donnelly* v. *City of Brooklyn,* 121 id. 9, 18; *Burke* v. *City of Kansas,* 118 Mo. 309; *Atchison & Nebraska R. Co.* v. *Forney,* 35 Neb. 607; *Van Schoick* v. *Delaware & Raritan Canal Co.,* 20 N. J. L. 249; *Matter of Public Service Commission,* 167 App. Div. 908; Black Judg. [2d ed.] § 246 [citing, *inter alia, Farrington* v. *Mayor, etc.,* 83 Hun, 124]; Lewis Em. Dom. [3d ed.] § 870.)

I advise affirmance, with costs.

Present — JENKS, P. J., MILLS, RICH, PUTNAM and KELLY, JJ.

Judgment unanimously affirmed, with costs.